Robert Yaquinto, Jr.
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
PROPOSED ATTORNEY FOR TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS DALLAS
DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ACTIVE GYMNASTICS CENTER, LLC** | § | CASE NO. 24-32520-MVL-7 |
| | § | |
| DEBTOR | § | |

**CERTIFICATE OF NO OBJECTION
TO APPLICATION TO EMPLOY**

Robert Yaquinto, Jr., Trustee, does hereby certify that the Application to Employ Attorney and Paralegals was filed on September 18, 2024, docket **#13**, and the objection period having passed, no objections or responses have been received by the Trustee as of the 9th day of October 2024.

Respectfully submitted,

 /s/ Robert Yaquinto, Jr.
**Robert Yaquinto, Jr.**
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
(214) 942-5502; fax (214) 946-7601
Proposed Attorney For Trustee