Robert Yaquinto, Jr.
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502   Fax: 214/946-7601
ATTORNEY FOR TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: §
§
**ACTIVE GYMNASTICS CENTER, LLC** §     CASE NO. 24-32520-MVL-7
§
DEBTOR §

## CERTIFICATE OF MAILING

I certify that a true and correct copy of the *Order Authorizing Employment of Auctioneer/Liquidator* **[docket #28]** and *Order Authorizing Sale of Property of Estate Free and Clear of Liens and Encumbrances* **[docket #29]** was forwarded by electronic transmission to the United States Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 75242, and by U.S. Mail, postage prepaid or electronic transmission to the parties listed on the attached service list and all parties receiving filings by the Court's ECF system, on this 31st day of December, 2024.

                                          /s/ Robert Yaquinto, Jr.
                                        **Robert Yaquinto, Jr.**
                                        State Bar No. 22115750
                                        SHERMAN & YAQUINTO, L.L.P.
                                        509 N. Montclair Avenue
                                        Dallas, TX 75208-5498
                                        214/942-5502   Fax: 214/946-7601
                                        ATTORNEY FOR TRUSTEE



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 30, 2024

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ACTIVE GYMNASTICS CENTER, LLC** | § | **CASE NO. 24-32520-MVL-7** |
| | § | |
| DEBTOR | § | |

**ORDER AUTHORIZING EMPLOYMENT**
**OF AUCTIONEER/LIQUIDATOR**

ON this day, came on for consideration the Application to Employ filed by Robert Yaquinto, Jr. (the "Trustee") seeking approval of the Court to employ Rosen Systems, Inc. as auctioneer/liquidator, as more particularly set for the in the Application and Affidavit on file in this matter [Doc 24]. No objections have been filed and no notice of hearing on said Application need be given. The Trustee and the Firm have represented to this Court that the Firm holds or represents no interest adverse to the Trustee, the Debtor or its estate, that it is disinterested, and that its employment is in the best interest of the estate. It is therefore

ORDERED, that the Trustee is authorized to employ Rosen Systems, Inc. as auctioneer/liquidator as set forth in the Application pursuant to 11 U.S.C.§327(a), with all fees payable subject to interim and/or final application to and approval of this Court.

# # # END OF ORDER # # #

PREPARED BY:

Robert Yaquinto, Jr.
SHERMAN & YAQUINTO, LLP
509 N. Montclair Avenue
Dallas, TX 75208
T (214) 942-5502 F (214) 946-7601

Attorneys for Chapter 7 Trustee



**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed December 30, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ACTIVE GYMNASTICS CENTER, LLC** | § | **CASE NO. 24-32520-MVL-7** |
| | § | |
| DEBTOR | § | |

### ORDER AUTHORIZING SALE OF PROPERTY OF ESTATE
### FREE AND CLEAR OF LIENS AND ENCUMBRANCES

On this day, the Court considered the Trustee's Motion to Sell Property of Estate Free and Clear of Liens and Encumbrances with any liens and encumbrances to attach to the proceeds ("the Motion"). The Motion was filed and served on all interested parties on December 5, 2024 [docket #25]. No objections have been timely filed and served on the Trustee. The Court finds that the estate will be best served by selling the personal property of the estate. It is therefore,

**ORDERED** that Robert Yaquinto, Jr., Chapter 7 Trustee, is authorized to sell assets of the estate including but are not limited to any and all gymnastics equipment, office furniture and

equipment located at 4141 Lyndon B. Johnson Fwy, Farmers Branch, TX 75244.

The sale is free and clear of liens and encumbrances with any liens or encumbrances to attach to the proceeds with any liens or encumbrances to attach to the proceeds of the sale. It is further

**ORDERED** that the requirements of Bankruptcy Rule 6004(h) are waived and closing of this sale shall occur as soon as possible. It is further

**ORDERED** that Robert Yaquinto, Jr., Trustee, is authorized to execute all documents necessary to effectuate the sale and transfer of the property.

# # # END OF ORDER # # #

**SUBMITTED BY:**

Robert Yaquinto, Jr.
SHERMAN & YAQUINTO, LLP
509 N. Montclair Avenue
Dallas, TX 75208
(214) 942-5502   (214) 946-7601 – fax
**ATTORNEYS FOR CHAPTER 7 TRUSTEE**

| | | |
|---|---|---|
| JOYCE W LINDAUER ATTORNEY PLLC<br>1412 MAIN STREET<br>SUITE 500<br>DALLAS TX 75202-4042 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Active Gymnastics Center, LLC<br>2003 Highland Meadows Drive<br>Pearland, TX 77089-1694 | Attorney General of Texas<br>Bankruptcy Division<br>P O Box 12548<br>Austin, TX 78711-2548 | Carl Hjort<br>1099 18th Street, Suite 2600<br>Denver, CO 80202-1937 |
| Carrollton-Farmers Branch ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 640, LB40<br>Garland, TX 75042-8234 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Sherrel K. Knighton<br>3500 Maple Avenue, Suite 800<br>Suite 1000<br>Dallas, TX 75219 | Edouard Iarov<br>2408 Bigleaf Court.<br>Plano, Texas 75074-0155 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Mail Code DAL-5020<br>1100 Commerce Street<br>Dallas, Texas 75242-1100 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| QuickBooks Citibank Visa<br>P.O. Box 8027<br>South Hackensack, NJ 07606-8027 | Silhouette Group LLC, a limited liability co<br>Edouard Iarov and Margarita Faltchenko l<br>4204 Boulder Drive<br>Parker, TX 75002-2785 | Silhouette Group, LLC<br>5001 Spring Valley Rd.<br>Ste. 400 East<br>Dallas, TX 75244-3946 |
| TD Bank, N.A., successor in interest to<br>TD Auto Finance LLC<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | Texas Workforce Commission<br>Office of the Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548, MC-008<br>Austin, TX 78711-2548 | U. S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| U. S. Trustee's Office<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Weswood Financial<br>5500 Greenville Ave, Suite 602<br>Dallas, TX 75206-2932 | |