UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case 24-32520 |
| § | | |
| ACTIVE GYMNASTICS CENTER, LLC § | | |
| § | | |
| § | | |
| § | | |
| DEBTOR § | | Chapter 7 |

## WITHDRAWAL OF CLAIM

TO: CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Proof of Claim No. 02 in the amount of $297.00, dated 10/11/2024, which was filed with the Court 10/10/2024 for Texas Workforce Commission Account No. XXX-XX-3770.

Respectfully submitted, this 28TH day of February, 2025.

By: /s/ Ramon Narvaez-Colon
Account Examiner
Texas Workforce Commission